UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

EDNEIL HANIF,

                Petitioner,

    v.

ICE FIELD OFFICE DIRECTOR,

                Respondent.

CASE NO. C17-1238 RSM

**ORDER DENYING APPLICATION TO PROCEED IN FORMA PAUPERIS**

    Having reviewed the Report and Recommendation of the Honorable Brian A. Tsuchida, United States Magistrate Judge, and the remaining record, the Court finds and **ORDERS**:

    (1)    The Court **ADOPTS** the Report and Recommendation.

    (2)    Petitioner's application to proceed *in forma pauperis* (Dkt. 4) is DENIED.

    (3)    To proceed with this action, petitioner must pay the $5.00 filing fee **within 30 days** of the date of this Order. If petitioner fails to timely pay the filing fee, this action will be dismissed without prejudice pursuant to 28 U.S.C. § 1914.

    (4)    This matter is RE-REFERRED to Judge Tsuchida for further proceedings.

\\

\\

(5) The Clerk is directed to send copies of this Order to petitioner and to Judge Tsuchida.

DATED this 6th day of October 2017.

RICARDO S. MARTINEZ
CHIEF UNITED STATES DISTRICT JUDGE

ORDER DENYING APPLICATION TO
PROCEED IN FORMA PAUPERIS - 2