UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| EDNEIL HANIF,<br><br>                      Petitioner,<br><br>     v.<br><br>ICE FIELD OFFICE DIRECTOR,<br><br>                      Respondent. | CASE NO. C17-1238-RSM-BAT<br><br>**REPORT AND RECOMMENDATION** |

This is a 28 U.S.C. § 2241 immigration habeas action. On October 6, 2017, the Court denied Edneil Hanif's application to proceed *in forma pauperis* and notified him that this action would be dismissed if he did not pay the $5.00 filing fee within 30 days. Dkt. 6. The 30-day deadline has passed, and Mr. Hanif has not paid the filing fee. Accordingly, the Court recommends that this action be **DISMISSED** without prejudice pursuant to 28 U.S.C. § 1914.

This Report and Recommendation is not an appealable order. Therefore a notice of appeal seeking review in the Court of Appeals for the Ninth Circuit should not be filed until the assigned District Judge enters a judgment in the case. Objections, however, may be filed and served upon all parties no later than **December 6, 2017.** The Clerk should note the matter for **December 8, 2017**, as ready for the District Judge's consideration if no objection is filed. If objections are filed, any response is due within 14 days after being served with the objections. A

REPORT AND RECOMMENDATION - 1

party filing an objection must note the matter for the Court's consideration 14 days from the date the objection is filed and served. The matter will then be ready for the Court's consideration on the date the response is due. Objections and responses shall not exceed 5 pages. The failure to timely object may affect the right to appeal.

DATED this 14th day of November, 2017.

BRIAN A. TSUCHIDA
United States Magistrate Judge

REPORT AND RECOMMENDATION - 2