UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

EDNEIL HANIF,

                Petitioner,

   v.

ICE FIELD OFFICE DIRECTOR,

                Respondent.

CASE NO. C17-1238-RSM

**ORDER OF DISMISSAL**

Having reviewed the Report and Recommendation of the Honorable Brian A. Tsuchida, United States Magistrate Judge, and the remaining record, and no objections having been filed, the Court finds and **ORDERS**:

(1)     The Court **ADOPTS** the Report and Recommendation.

(2)     This action is **DISMISSED** without prejudice for failure to pay the filing fee pursuant to 28 U.S.C. § 1914.

(3)     The Clerk is directed to send copies of this Order to petitioner and to Judge Tsuchida.

DATED this 11 day of December 2017.

RICARDO S. MARTINEZ
CHIEF UNITED STATES DISTRICT JUDGE

ORDER OF DISMISSAL - 1